**PLIANT CORPORATION,**
**Plaintiff–Appellant,**

v.

**MSC MARKETING & TECHNOLOGY,**
**INC. (doing business as Sigma**
**Stretch Film), Defendant,**

and

**Atlantis Plastics, Inc., Defendant–**
**Appellee.**

**No. 2006–1616.**

United States Court of Appeals,
Federal Circuit.

Oct. 31, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Emmitt M. WEST, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

**No. 2007–3249.**

United States Court of Appeals,
Federal Circuit.

Oct. 30, 2007.

Emmitt M. West, pro se.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).